# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Feaster, Cynthia Denise

Printed: 9/23/08

Case Number: 06 B 15881
Judge: Wedoff, Eugene R
Filed: 12/2/06

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: July 17, 2008
Confirmed: March 1, 2007

### SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,530.10 |  |
| Secured: |  | 1,335.47 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,621.00 |
| Trustee Fee: |  | 179.01 |
| Other Funds: |  | 394.62 |
| Totals: | 3,530.10 | 3,530.10 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Steven A Leahy | Administrative | 1,621.00 | 1,621.00 |
| 2. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 2,024.24 | 938.00 |
| 5. | New Century Mortgage | Secured | 5,798.82 | 293.46 |
| 6. | Wilshire Credit Corp | Secured | 2,055.03 | 104.01 |
| 7. | Internal Revenue Service | Priority | 1,449.93 | 0.00 |
| 8. | Illinois Dept of Revenue | Priority | 357.84 | 0.00 |
| 9. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 10. | UCB Collection | Unsecured | 44.20 | 0.00 |
| 11. | Pronger Smith Clinic | Unsecured | 14.50 | 0.00 |
| 12. | Monterey Financial Services | Unsecured | 105.00 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 37.22 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 69.70 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 1.90 | 0.00 |
| 16. | Cook County Treasurer | Secured |  | No Claim Filed |
| 17. | Internal Revenue Service | Priority |  | No Claim Filed |
| 18. | Wolters Kluwer | Unsecured |  | No Claim Filed |
| 19. | Collection System | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 22. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 23. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 24. | Heart Care Centers Of Illinois | Unsecured |  | No Claim Filed |
| 25. | Gregory Emergency Physicians | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Feaster, Cynthia Denise | Case Number: 06 B 15881 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 9/23/08 | Filed: 12/2/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Jeffery C Curtin DO | Unsecured | | No Claim Filed |
| 27. | KCA Financial Services | Unsecured | | No Claim Filed |
| 28. | Medical Collections | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | Medical Collections | Unsecured | | No Claim Filed |
| 31. | Metro Center For Health | Unsecured | | No Claim Filed |
| 32. | Progressive Management Systems | Unsecured | | No Claim Filed |
| 33. | PFG Of Minnesota | Unsecured | | No Claim Filed |
| 34. | Publishers Clearing House | Unsecured | | No Claim Filed |
| 35. | Millenium Credit Consultants | Unsecured | | No Claim Filed |
| 36. | CB USA | Unsecured | | No Claim Filed |
| 37. | Collection Company Of America | Unsecured | | No Claim Filed |
| 38. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 39. | Trace Ambulance | Unsecured | | No Claim Filed |
| 40. | Tru Green Chemlawn | Unsecured | | No Claim Filed |
| 41. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 42. | American General Finance | Unsecured | | No Claim Filed |
| 43. | Saint Francis Hospital-Evanston | Unsecured | | No Claim Filed |
| 44. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,579.38 | $ 2,956.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 3.42 |
| 5.4% | 115.75 |
| 6.5% | 59.84 |
| | _____ |
| | $ 179.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mack*